[No. 8708-5-III. Division Three. June 21, 1988.]

*In the Matter of the Marriage of* KATHLEEN A. TUCKER,
*Respondent, and* PATRICK J. TUCKER,
*Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 86-3-00213-9, Dennis D. Yule, J., entered

June 12, 1987. *Affirmed in part* and *remanded* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.